STATE OF NEW JERSEY v. GILBERT WOODWARD.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.

STATE OF NEW JERSEY v. EDWARDO SANTANA.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.

STATE OF NEW JERSEY v. WILLIAM STONE.

February 7, 1989.

Petition for certification granted, and the matter is summarily remanded to the trial court for resentencing in the light of *State v. Baylass*, 114 *N.J.* 169 and *State v. Molina*, 114 *N.J.* 181.